Michael P. Quinlivan (CA SB # 58062)
Kouns, Quinlivan & Severson
Ten Almaden Boulevard, Suite 1250
San José, CA 95113
Telephone: (408) 278-0125
Facsimile: (408) 292-1257

Attorneys for Defendant TGM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TGM COMMERCIAL GLAZING, a California corporation,<br><br>Defendant. | Case No.: C10-1631 SC<br><br>**STIPULATION TO SET ASIDE DEFAULT OF DEFENDANT TGM COMMERCIAL**<br><br>**ORDER SETTING ASIDE DEFAULT** |

## STIPULATION

Acting through their attorneys, plaintiff, NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., and defendant TGM COMMERCIAL GLAZING, a California corporation, (TGM), stipulate that the default entered as to defendant TGM on July 7, 2010, may be set aside and defendant TGM shall file an answer to the complaint within 10 days of the order setting aside the default.

Dated: July 21, 2010

Saltzman & Johnson Law Corporation

By _____
Michele R. Stafford
Attorneys for Plaintiffs

-1-
Stipulation and Order Setting Aside Default, Case No. C10-1631 SC.

| | |
|---|---|
| Dated: July 21, 2010 | Kouns, Quinlivan & Severson |
| | By    /s/ Michael P. Quinlivan |
| | Michael P. Quinlivan |
| | Attorneys for Defendant TGM |

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that the default entered as to defendant TGM COMMERCIAL GLAZING, a California corporation, on July 7, 2010, may be set aside and defendant TGM COMMERCIAL GLAZING shall file an answer to the complaint within 10 days of the order setting aside the default.

Dated: July 22, 2010

_____
Hon.
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

-1-
Stipulation and Order Setting Aside Default, Case No. C10-1631 SC.